No. 02–295. GAGNON *v.* SPRINT CORP., DBA SPRINT, ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed as a

veteran granted.  Certiorari denied.